# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANGELO FALCE,

    Plaintiff,

v.                                            Case No:   6:23-cv-334-RBD-DCI

C & N DO, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Joint Notice of Resolution filed on October 17, 2023 (Doc. 24), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 18, 2023.

ROY B. DALTON, JR.
United States District Judge